Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  19–14567–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Latasha T. Boone
    5 High Meadows Drive
    Sicklerville, NJ 08081
Social Security No.:
    xxx–xx–2912
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 3, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-14567-JNP
Latasha T. Boone                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 03, 2019
                              Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db          +Latasha T. Boone,    5 High Meadows Drive,    Sicklerville, NJ 08081-1973
cr          +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    Attn: BK Department,
             425 Phillips Boulevard,    Ewing, NJ 08618-1430
518066457   +Cenlar Federal Savings Bank,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518066459   +Granite State Mgmt and Res Direct Loans,    44 Warren Street,    Concord, NH 03301-4053
518066461   +New Jersey Housing and Mortgage Finance,    Robert P. Saltzman,Esquire,
             20000 Horizon Way Ste 900,    Mt. Laurel, NJ 08054-4318
518246754   +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    Attn: Bankruptcy Department,
             425 Phillips Boulevard,    Ewing, NJ 08618-1430
518066462   +TBOM TFC,    960 South Bishop Avenue,    Rolla, MD 65401-4415
518177106   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518298734   +Toyota Motor Credit Corporation,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
             Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 23:45:39    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 23:45:36    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518066458    EDI: BLUESTEM Oct 04 2019 03:13:00    Fingerhut Webbank,    6520 Ridgewood Road,
             St Cloud, MN 56303
518102083    EDI: RESURGENT.COM Oct 04 2019 03:13:00    LVNV Funding, LLC,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
518102083    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2019 23:43:14    LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518066460   +E-mail/Text: bncdnor@trom.com Oct 03 2019 23:45:11    Nordstrom TD Bank,
             13531 E Caley Avenue,    Englewood, CO 80111-6505
518212678    EDI: Q3G.COM Oct 04 2019 03:13:00    Quantum3 Group LLC as agent for,    Sadino Funding LLC,
             PO Box 788,    Kirkland, WA  98083-0788
518066463    EDI: TDBANKNORTH.COM Oct 04 2019 03:13:00    TD Bank NA,    32 Chestnut Street,
             Lewiston, ME 04240
518066464    EDI: TFSR.COM Oct 04 2019 03:13:00    Toyota Financial,    5005 N River Blvd NE,
             Cedar Rapids, IA 52409-8026
                                                                            TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa   ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman   on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency
               dnj@pbslaw.org
              Steven N. Taieb   on behalf of Debtor Latasha T. Boone staieb@comcast.net,   sntgale@aol.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Oct 03, 2019
                             Form ID: 148                Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                      TOTAL: 7